UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL STEPHENS** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1006 (ESH) |
| **UNITED STATES,** | ) |
| Defendant. | ) |

**ORDER**

Plaintiff has filed *pro se* complaints alleging errors by the Internal Revenue Service "in connection with the collection of [a] federal tax" (Compl. ¶ 1), and seeking damages under 26 U.S.C. § 7433. Upon review of the complaint, it is apparent that the claims alleged therein are substantially similar to those of several other recently filed complaints, which this Court has dismissed owing to plaintiff's failure to exhaust administrative remedies. *See, e.g., Henry v. United States*, No. 05-2084, Order (D.D.C. Feb. 27, 2006); *Scott et al. v. United States*, No. 05-2043, Order (Feb. 27, 2006). Accordingly, it is hereby

**ORDERED** that plaintiff show cause on or before June 23, 2006, how plaintiff has exhausted all administrative remedies, as required by 26 U.S.C. § 7433(d)(1) and 26 C.F.R. § 301.7433-1(a), (e), and attach all documentation reflecting the filing of a claim as described in 26 C.F.R. § 301.7433-1(e)(2). If plaintiff fails to respond in timely manner and/or to demonstrate exhaustion of statutorily mandated administrative remedies, the Court will dismiss the matter without prejudice. There will be no continuances of this deadline.

Any response by the government must be filed on or before July 5, 2006.

**SO ORDERED**.

                                                  s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

DATE:    June 5, 2006